# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 5:00-CR-9(2) |
| | § | |
| TRACY WILLIAMS | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the second allegation is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the second allegation, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty-three (33) months to run concurrent with the sentence imposed in the State of Arkansas, Miller County Cause No. CR2009-594-3, with a two-year term of supervised release to follow said term of imprisonment.[1] It is further

---

[1] To the extent Defendant's state imprisonment term extends two years past the 33-month sentence recommended herein, the two-year term of supervised release would not apply.

**ORDERED** that within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, Defendant shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by the Court, and shall comply with the following additional conditions.

Under the guidance and direction of the U.S. Probation Office, Defendant shall participate in any combination of psychiatric, psychological, or mental health treatment as deemed appropriate by the treatment provider. Defendant shall not illegally possess a controlled substance, and shall refrain from any unlawful use of a controlled substance. Defendant shall be ineligible for any or all federal benefits for five (5) years, effective immediately. Defendant shall be required to submit to a drug test within 15 days of release on supervised release, and at least two periodic drug tests thereafter, as directed by the probation officer. Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as Defendant is released from the program by the probation officer.

**SIGNED** this 18th day of June, 2010.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE